UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HUNT CONSTRUCTION GROUP, INC.,

                Plaintiff,

-against-                                        19 **CIVIL** 8775 (JPO)

## JUDGMENT

BERKLEY ASSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2021, Defendant Berkley's motion for reconsideration of a portion of this Court's opinion and order dated November 30, 2020, is GRANTED. Upon reconsideration, Defendant's motion for summary judgment dismissing all of Plaintiff's claims is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 24, 2021

                                                         RUBY J. KRAJICK

                                                           **Clerk of Court**

                            BY:

                                                          **Deputy Clerk**