UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., <br><br>  Plaintiff, <br><br> v. <br><br> BERKLEY ASSURANCE COMPANY, <br><br>  Defendant. | Civil Action No. 1:19-cv-08775 (JPO) <br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Hunt Construction Group, Inc. ("Hunt") in the above-captioned action hereby appeals in its entirety (i) the Judgment entered in favor of Defendant Berkley Assurance Company ("Berkley") on September 24, 2021 [Dkt. 69], (ii) the Court's Opinion and Order entered on September 24, 2021 [Dkt. 68], granting Defendant Berkley's motion for reconsideration of the Court's Order and Opinion dated November 30, 2020 [Dkt. 60] and upon reconsideration granting Defendant Berkley's motion for summary judgment in its entirety and dismissing all of Plaintiff Hunt's claims, and (iii) the Court's Opinion and Order entered on November 30, 2020 [Dkt. 60] denying portions of Plaintiff Hunt's motion for partial summary judgment [Dkt. 27] and granting portions of Defendant Berkley's cross-motion for summary judgment [Dkt. 39], to the United States Court of Appeals for the Second Circuit.

Dated: October 8, 2021
　　　　New York, New York

COHEN ZIFFER FRENCHMAN
& MCKENNA LLP

By: _/s/ Robin L. Cohen_
　　Robin L. Cohen
　　Michelle R. Migdon
　　1350 Avenue of the Americas, 25th Fl.
　　New York, New York 10019
　　P: (212) 584-1890
　　E: rcohen@cohenziffer.com
　　E: mmigdon@cohenziffer.com
　　*Attorneys for Plaintiff,*
　　*Hunt Construction Group, Inc.*